UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X     04 CV 4640 (NG) (RML)
SECURITIES AND EXCHANGE COMMISSION,

           **Plaintiff,**

       -against-                             **ORDER**

AMERICA'S HEDGE FUND, L.P.; WORLDWIDE
PARTNERS, LLC; and CHRISTIAN KURETSKI,

           **Defendants,**

       -and-

KATHLEEN KURETSKI; PETER KURETSKI;
and CK HOLDINGS INCORPORATED,

           **Relief Defendants.**
-------------------------------------------------------------------X

**GERSHON, United States District Judge:**

     By motion dated April 4, 2005, the United States Attorney for the Eastern District of New York asks the court for leave to intervene in this action pursuant to Federal Rule of Civil Procedure 24(b), and for a stay of further proceedings, pursuant to the court's inherent power, pending resolution of a related criminal case. The unopposed motion of the United States Attorney is granted. This case is hereby stayed until the criminal case is resolved. Movant is directed to notify the court within thirty days after such resolution occurs.

                                             **SO ORDERED.**

                                             /S/
                                          **NINA GERSHON**
                                          **United States District Judge**

Dated: Brooklyn, New York
        May 30, 2005